```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

ARINA ARISTOVA,

                           **Plaintiff,**

               -against-

**MARK FRANCISCO,**

                         **Defendant.**

```
-----------------------------------------------------------------X
```

19-CV-10527 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

**SARAH NETBURN, United States Magistrate Judge:**

       In light of recent public health developments, the initial pretrial conference scheduled for Thursday, March 19, at 2:30 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
             New York, New York

cc:        Arina Aristova *(By Chambers)*
           440 East 79th Street
           Apt. 12D
           New York, NY 10075
           arina.aristova@gmail.com

           Mark Francisco *(By Chambers)*
           222 4th Street
           #2005
           Jersey City, NJ 07302
           markjerric@gmail.com