USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARINA ARISTOVA,

                              Plaintiff,

           -against-

MARK FRANCISCO,

                              Defendant.

-----------------------------------------------------------------X

19-CV-10527 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 8, 2020, the parties appeared for an Initial Pretrial Conference. Due to representations made by the parties regarding settlement, the Court reserves entering a civil case management plan and ORDERS the parties to file a status letter by no later than Wednesday, April 22, 2020, updating the Court as to the status of settlement. In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by emailing them as PDF attachments to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouse in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     April 8, 2020
               New York, New York