UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ARINA ARISTOVA,

                        **Plaintiff,**                         **19-CV-10527 (AT)(SN)**

            -against-                                 **ORDER**

MARK FRANCISCO,

                        **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have notified the Court they have reached a settlement agreement. The parties are directed to file the settlement agreement on the public docket by May 8, 2020. In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by emailing them as PDF attachments to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouse in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street). For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff and to the *pro se* Defendant.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      May 4, 2020
                New York, New York

cc:           Arina Aristova
              440 East 79th Street

Apt. 12D
New York, NY 10075
arina.aristova@gmail.com

Mark Francisco
222 4th Street
#2005
Jersey City, NJ 07302
markjerric@gmail.com